UNITED STATES DISTRICT COURTS
SOUTHERN DISTRICT OF INDIANA

**FILED**

**10/19/2022**

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

STEVEN L. DRURY,
        PETITIONER,

        V.

BRAD BURKHART,

BRIDGET D. FOY,

DR. JOHN LEE,

OFFICER ZACK LAFAVORS,

JAKE SWEETS,

KYLE FRANK

ZACH NAYLOR

AARON DAVIS,

CAUSE NO.    2:23-cv-00194-JPH-MG

### TITLE 42 U.S.C. §1983 CIVIL LAW SUIT

I, STEVEN L. DRURY, PRO SÉ, COMES BEFORE THIS COURT IN THIS §1983 SUIT WITH CLAIMS OF CONSTITUTIONAL VIOLATIONS TO PETITIONERS' RIGHTS, AND VIOLATION OF TITLE 2 OF THE AMERICANS WITH DISABILITIES ACT (A.D.A) AND TITLE 42 U.S.C §12101 AND SECTION 504 OF THE REHABILITATIONS ACT OF 1973. ALONG WITH TITLE 29 USC §701, BY REFUSING ME BASIC MAJOR LIFE NEEDS SUCH AS SHOWERING, WALKING, AND CLEAN CATHETERS.

I). NAME OF EACH DEFENDANT AND CAPACITY PLAINTIFF IS FILING SUIT

    1). BRAD BURKHART — OFFICAL AND INDIVIDUAL CAPACITY
        SHERIFF OF HANCOCK COUNTY JAIL
        348 MALCOM GRASS WAY.
        GREENFIELD, IN 46140

    2). BRIDGET D. FOY — OFFICAL AND INDIVIDUAL CAPACITY
        JAIL COMMANDER
        ~~STAFF~~ COMMANDER OF HANCOCK COUNTY JAIL
        348 MALCOM GRASS WAY. GREENFIELD, IN 46140

①

3). Dr. John Lee — OFFICAL AND Individual Capacity
Doctor on Call for Hancock County Jail
348 Malcom Grass Way
Greenfield, IN 46140

4). Officer Zach Lafavors — Offical Capacity
Officer at Hancock County Jail
348 Malcom Grass Way
Greenfield, IN 46140

5). Officer Jake Sweets — Offical Capacity
Officer at Hancock County Jail
348 Malcom Grass Way
Greenfield, IN 46140

6). Officer Kyle Franks — Offical and Individual Capacity
Officer at Hancock County Jail
348 Malcom Grass Way
Greenfield, IN 46140

7). Officer Aaron Davies — Offical and Individual Capacity
Officer at Hancock County Jail
348 Malcom Grass Way
Greenfield, IN 46140

II. Jurisdiction

Plaintiff is bring suit against the above
named Defendants Pursuant to Title 42 § 1983 for Violation
of his 8th Amendment, 14th Amendment, as well as

②

TITLE II OF THE AMERICANS WITH DISABILITIES ACT (ADA),
TITLE 42 § 12101 AND SECTION 504 OF THE Rehabilitations
ACT OF 1973, AND TITLE 29 § 701, Refusing BASIC life NEEDS

III). PRISONER STATUS
        AT THE TIME OF THE Constitutional violations
Plaintiff WAS A PRETRIAL DETAINEE

IV) STATEMENT OF CLAIM
        BRIDGET D. FOY - JAIL COMMANDER
        1). BRAD BURKHART - IS THE Sheriff of HANCOCK
Count Jail, VIOLATED TITLE II OF THE AMERICANS WITH Disabilities
ACT, AND THE 42 U.S.C § 12101 AND SECTION 504 of The
~~Russe~~ Rehabilitations ACT OF 1973, TITLE 29 U.S.C § 701, By
Refusing Plaintiff of BASIC Major life NEED SuchAs Showering,
WALKING, AND clean CATHETERS AS WELL AS BASIC NEED FOR his
DISABILITY, DEFENDANT FAILED TO make REASONABLE Accomodations
FOR THE Physically handicapped. Plaintiff WAS heLD IN A cell
THAT WAS NOT HANDICAP ACCESSABLE FOR 10 MONTH'S, AND FORCED
TO REUSE CATHETERS, Plaintiff WAS left FOR DAYS AT A TIME
In SOILED DIAPERS THAT CAUSED "MERSA" on his Genitals
BECAUSE Plaintiff IS handicap AS DEFINED By TITLE 42 § 3602
(h) "Handicap" means, with RESPECT TO A PERSON - 1). A physical
or mental IMPAIRMENT which substaintially limits one or
More OF SUCH persons Major life Activities. In ADDITION
Plaintiff ARGUE THAT BOTH DEFENDANT FAILED TO properly TRAIN
THERE OFFICER ~~which~~ lead TO Constitutional Violations
AGAINST Plaintiff, which Support A monell CLAIM.

(3)

2) Dr. John Lee - on 12-28-2021 I was called to medical by Officer Dale Griffen behind Door 312 at the Community Collections Building which seemed to be some kind of storage room. I was met by Nurse Hanna and Dr. John Lee of Quality Correctional Care. Doctor John Lee examined ~~examinated~~ my Genitals From an unsanitized office chair, (because I had Mersa) This was not a medical examination room and had no medical examination table. ~~Article~~ Article 3 County Jail Standard, ~~Rule~~ & 210 IAC 3-1-7 Physical Plant, (Authority IC 11-8-2-5, ~~IEC~~ IC 11-12-4-1°, Affected 11-12-4-1) (H) A medical examination Room). After checking my Mersa ~~Mersa~~ I was laid Down on a Stack of easy bunks and Dr. John Lee stuck several Fingers In my Rectum to check For stool, but no Doctor has ever checked my stool This way It Is always Done with an ultra sound, or ~~x-ray~~ ex-ray. I was also Denied Doctor - Paitent Confidentiality, because Jail staff was In the Room as well. All The was Recorded on camera. I believe Dr. John lee Does This because of my Repeated complaints of not Being able to have any bowl movements, I believe his actions were malicious. Because of This I had bleed for several Days. When I said that I Didnt Think This felt Right Dr. lee Then said, "I Thought you couldnt Feel." (I filed A Grievance with The Facility).

3). Officer Jake Lafavors - I was called to med line on 12/28/2021 at 1000 Hours while talking with The nurse About a medical Issue Officer Lafavors was Telling me to go to my bunk When I was Trying to explain my situation he began to call me Things like Pee-Pee Pants because

I HAVE NO CONTROL OVER MY BOWLS, SO I STARTED TO SAY Things to like "F**k you", he Then got MAD AND took 3 or 4 STEP'S TOWARD ME AND SHOVED ME FORCING ME TO GRAB THE BUNK So I DONT FALL, LaFAVOR IS AWARE I HAVE A SPINAL CORD InjURY AND I NEED A WALKER TO get AROUND. LaFAVORS ABUSED his POSITION AND AUTHORITY TO ASSULT ME OUT OF ANGER. I TWISTED MY BACK AND WAS In PAIN FOR 4 OR 5 DAYS

4). Jake SWEETS - ON 11-14-2021 AT 5:30AM I HAD POOPED In MY DIAPER BECAUSE I HAVE NO CONTROL OVER MY BOWL MOVEMENTS, MEDICAL has BEEN giving ME MILK OF MAGNESHA FOR DAYS TO help with MY BOWL MOVEMENTS, AND THE EXTRA MOVEMENTS HAD STIMULATED A BOWL MOVEMENT, BUT JAKE SWEETS BELITTLES ME AND YELLS AT ME, SO WE STARTED Arguing, I KEPT TELLING him I HAVE NO CONTROL OVER MY BOWL MOVEMENTS, OUT OF ANGER he TAKES MY WALKER WHICH I NEED BECAUSE Im DISABLED ANS CANT GET AROUND WITHOUT IT, he THEN lIED AND SAID I USED IT TO ASSULT ANOTHER OFFENDER, I THEN SAY IF THAT IS TRUE JUST PUT ME In A CELL BY MYSELF BECAUSE I NEED MY WALKER I CANT MOVE AROUND WITH OUT IT. NEXT, OFFICER SWEETS AND SEVERAL OTHERS PULL ME FROM MY CELL THEN THROW ME INTO A PADDED CELL ON THE FLOOR, This CELL IS NOT HANDICAP ACCESSABLE, AND I CANT GET UP ON MY OWN. I lEFT lAYING ON THE FLOOR In MY OWN SOILED DIAPER (PEE AND POOP) WHICH CAUSED MERSA ON MY GENITALS WHICH I WAS BEING TREATED FOR OVER THE NEXT FEW MONThS

BRAD BURKHART AND BRIDGET FOY -

5) AARON DAVIS AND KYLE FRANK - I WAS MOVE BACK TO THE JAIL ON 3-30-22 AT AROUND 1:30 PM ONCE I GOT THERE

5

I was taken to segregation where Frank and Davis threw me in to the cell on the floor officer Like and Brittany had to come and pick me up and help me in and out of the shower to clean up my spoiled diaper when I was taken to segregation Frank and Davis to my walker from me, leaving me unable to move.

On 3-31-22 I was cleared to Be in C-Block a offender had to help me to the krosk to file grievances Because I still haven't Been allowed to have my walker Back. I fell on the ground and around 2:15 pm I asked Aaron Davis to help me up I Also asked Kyle Frank, officer Brad and Lafavors, Davis told me at 2:05 pm that he was getting a nurse to help me, and at 2:35 officer Davis comes to talk to another inmate and I'm still laying on the Floor at 3 o'clock walk through still no help, another inmate that was out had to push the Button to get me help officer Shaun had to help me up so I could get to the toilet to cath no way to sanitize or get rid of spoiled diapers.

I've Been asking for cleaning supplies to sanitize my cell I'm laying in complete filth, Biohazard bags full of dirty spoiled diapers,

At this point it is April 1st and I'm still Being Denid my walker as punishment, I finally got a wheelchair on 5-2-22 after spending weeks of Being Refused need medical devises by staff.

6

Quality Correctional Care, on several multiple occations Medical has told the facility officers that I Didnt needs a walker But knowing that I have an extremly hard time getting up to use the Bathroom or getting up to get medication. I was Denied adequit supply of Cathiters, and Diapers, (I was forced to Reuse Cathiters and wasnt given sanitary wipes to clean myself.)

Continue on ... 8

✷ see next page 8 ✷

(7)



Continued Pg #21

3-28-22 ~ mailed out letter to Senson for The Deptment of Insurance

3-29-22 - Talked to a lawer About my Cival case.
Been trying to get my medical Grievances to fight my
Cival case Against medical Captain Foy Deecided
Not to let me view records Now,
officer Neil took me to room behind Door #312
to use Bands

3-30-22  Moved Back to the Jail at around 1:30 pm Missed
(Therapy At hospital HCR) placed in Seg C-1 for pushing
another Inmate. officer Aaron Davis, Kyle Frank, & Brad
took my walker from me and pushing me Into the
Cell alone. I fell in the Cell getting Into
my box & Could Not get up officer (Brittony) &
(Luke) helped me IN & out of the
Shower to Clean up my Spoiled diaper

3-31-22  They moved (Dunkin Conklin) into my Cell who helped me
Stand up & walk to the kios, to file grievances.
No walker, no place to dispose used Caths, or diapers
No way to Clean up myself. Jail told me medical
at QCC Cleared me to be in C-block. At 2:15 I
Asked Aaron Davis For Help getting off the ground
I've Asked All Guards prior Brad, kyle, DJ, Lafavers
Aaron Said At 2:15 he was getting a Nurse to
help me At 2:35 at officer Aaron Comes IN to talk
to another Inmate. I am still laying on the ground 3pm
walk threw still no Help Had to have Inmate
Seamus Seamus Push the button & get me help ➔

81

3-31-22 Continued.) - officer (Shawn) had to help me up, so I could get to the toilet to CAth No way to Sanatize or get rid of Spoild diapers I've talked to officer Shawn About getting the nurse She Never Comes.

6:00 pm Shift Change I been Asking to get help getting Cell Cleaned I am laying In complete filth. Dirty Toilet paper, trash, NEWS papers, Bio Hazard bag Full I was told by officer (Shawn) & officer (Cheyene) I Could get help Cleaning & Showering & Need wipes. Officer (Rokchell) CAme to help me up and She Could Not Assist me, Said She would get officer (LUke). Luke cAme & helped me up told me medical said I did Not NEED walker Quality Correctional Care.

## April

Friday April 1st - Still in Seg walker has been taken because I am on punishment. (CAN Not Restict my medical For disaplinary) QCC SAys I do not Need walker told by Norse deb Nt morning med pass She would bring Supplies but officer (Bill) was doing med pass with her She Does Not bring Supplies & I have No medical Emergency CAll button or Camera In my Cell to See when I Need Help. officer (Cheyene) tries to help offus me my hour out last

9

But I have no WALKer So I Cant leave my Cell
to Shower no CAths Still at 7:30 I told
officer (Chris) I Need Supplies, he was doing
mail, Latter that Evening Nurse (morgan) & officer
(Austin) Came Back with no diapers & Self CAths Size #14
I use Size #8

4-1-22 - I was Enformed by Nurse (morgan), and (Cheyene)
at morning med pass that Nurse (Deb) Said I
Could not have a walker IN Seg. Could not get
out of the ground by myself at around 3:30 pm
So they bring me my walker to Help Assist me.
→ "How CAN I be IN Seg when I am medical"?
Officer (Brad) Said it was his call and he overides
everything? (Even medical).
    Shift Change Asked officer Helton For Diapers &
a Shower Its been 3 days. Officer (Helton) Never told
Anybody. I Also Asked Nurse (KARA) & officer
(Austin) at med pass. Officer (Chris) brought me
Back Supplies AftorMed pass no Shower, no wipes
or nothing to Clean myself. I asked officer (Helton)
For Shower or Something to Clean up nothing Done
It's been 3 days Sense shower & Cleaning Supplies.
    I asked officer (Helton) again at 10:00 pm
walk threw for a way to Clean up myself
Still nothing Done. I Spoke with Sergent Kodie
IN regards to the matter. She offers Some Comfort

10

Continued pg #24

-3-22- officer (Rick) Served chow Set my food on the Sink wich Contained Spoiled diapers & dirty CAths INside of Them because I had No way to dispose the Spoiled Items. I've asted Nurse (Morgan) from QCC for Medical Supplies CAth & diapers She Said She would get them for me at morning med pass. Its Now Noon and Still No Supplies. I Asked again officer (Rick) during walk threw for Supplies and a bio-Hazard bag I have No Medical CAll button IN my Cell to get Medical help So I would tell the gaurds. Officer (Rick) let Inmate Mathew Seamen Shower me do to I Needed help getting Into the Shower he helped me at 3:30 pm to Clean Cell and Nurse (Morgan) of QCC and officer (Rick) CAme down & told me I will Not be going Back to Medical or Receiving. All I CAN Have is CAths No Diapers or wipes to Clean up the Waste. Then they took Waste from ~~the CAN to~~ Sink & placed INto Trash CAN.

11        ⟶ Continue Pg# 25

Continued pg #25

4-3-22 Continued → Had to have officer (Rick) pick
me up off the ground because I could
not get up on my own. After Gathering
laundry that slid under bunk so I
could get my whites washed I had
to have office (Tyler) pick me up
(Young Tyler)

4-4-22 They move me from (ad seg) to (disiplinary) now
so I can be housed with inmate (Matthew
Seaman) so he can help Assist me. Nurse
(Deb shook) brings me meds & supplies tells
me I don't need a walker I have
enough stuff to hold on to & pull myself
around. At 2:00 pm moved into C-2
with inmate (Mathew Seaman) who had
to Assist me in & out the shower again
on our 1hr out.

12        Continue pg # 13 ⟶

Hospital
Fell INC-2

Continued pg# 26

5-22 nurse (deb shook) of QCC brought me meds. Said
She would bring me medical Supplies Never
Did. I was trying to Stand up & CAth
with No walker Slipped on Something wet
IN Front of toilet fell & landed on a
Eazy Bunk boat that cuts I N a Cell
that only had 2 Inmates so I dont no
Why the boat was left In Cell"
(Mathew Seamon) kicked on dor
for almost a hr with Nobody hearing him
then officer (Moppes) & a New Gaurd
officer (Braeden) CAlled for Medical I
advised them my back was hurting
& I was scared to move IN fear
of furthing my Injuries they wanted
to pick me up on a blanket So
I would Not let them move me.
I ~~~~ was taken to Hancock Regional
Hospital where they CAt Scaned Me
& found Compreshion Fractures on my
Spine vertabraes T-5 & T-8 put IN
Receiving Medical Cell R-1 at 6:00 pm
They finally feed me at 8:30 pm.
    Hospital told me to Follow up with
Therapy & to Not walk until I See
Therapy & Nuralagist Never Seen eather
ONE

13    Continue pg# 14

Hospital
&
medical

~~School~~

4-6-22- went to Court with officer (JAke Sweets)
I told him Could not walk with the walker
Because of my Fall the day prior. He Told
me that NURSE (Rachel) of QCC said I
do Not have Compreshion fractures and
that I was ok to walk
"Hospital told me I did have Fractures"
Nurse of QCC said the Scans Could not
pick up a Clear Image ..

4-7-22 - at 3:15 I Spoke with nurse Deb, I told
her I was hurting, and Asked her why I
was told at the hospital they found New
Compreshion Fractures vertbres 4-5 & T-8
And that the CAT Scan Could Not get
a Clear Image.
    QCC Staff tells me thats Not true
Nurse (Rachel) & Nurse (Deb) & (Megan) &
Also Docter (John LEE ). Nurse Deb Also
tells me that Nobody Should Say Anything IN
Front of me, and to listen to docter
John LEE only.
    officer (JAke Sweets) is the one that told
me that nurse Rachell Said This
    officer (Mike ) transported me to the
hospital he heard what doctors Said
He was in the 100m.

Got mail: Say Had Court on April 5th Continue pg #15 ——→
I received mail on April 7th wtf  (14)

~~Continue pg # 18~~

Friday
4-8-22 - been feeling really Sore & Bad today, put In medical
grievance. Dont no what to do Sense Hospital
told me to take easy until Follow up.

4-9-22 been hurting Super bad I had to get up & make
myself move around. Also Sealed Some legal mail
up that Guards (Michael) & (DAle) told me I
Could Seal I2 up In front of then Sense It
Needed a Filing fee.

4-10-22 - at 5:00pm I Spoiled my diaper had to wait until
After Shift Change. At 6:00pm I Asked
officer (LA-Donna) if I Could Shower. Again
At 7:00pm I Asked officer (LA-Donna) if
I Could Shower for I was In a
Spoiled diaper

4-11-22 - Nurse (Deb Shock) Never brought me CAths
this Morning It's been 12hrs

4-12-22 - Nurse (Rachel) Came down to receiving Cell R-2
and Asked me If I wanted to See the Doctor
(John Lee) Somewhere between 1-3. I asked If
It was a follow up to falling on 4-5-22.
She told me She would go check then
Never CAme Back.
Nurse (Deb) brought me CAths
Also At 9:30pm At Night Nurse (HANNA)

(15)

Continue pg # 16 →

(4-12-22 Continued) CAme & brought me page #2
Of Hospital Records She Said Doctor Signed off on
(4-6) I fell on (4-5)
The Doctor At THE Hospital told me I have
Compreshion Fractures Had Looded New on T-5 & T-8
Vertabraes

4-14-22 - Nurse (Deb) gave me IB profin back. Said the Doctor
gave me another week. She Also stated she would
bring me back diaper & CAths But never Did.

4-15-2022 - No big issue today Just really Sore, No Shower chair
Still or Cleaning Supplies ever offered as well
aus a 2hr out. No physical Activity has got
my body Cramping up BAd "

4-16-2022 - hurting bad today. I turned in a medical
request to See the Doctor (John LEE) QCC Never
Sees me.

4-17-22   It's Easter No hr out offered, or Cleaning Supplies.
Nurse (Rachel) Never brought me Supplies, Gaurds
keep telling us to Shut up about the HR-out &
No It's to late being 11pm. And they have ppl being
housed In The Gym As a drunk tank.

Continue pg #17 →

?

Continued pg # 30

4-18-22 - During Evening Shower I was trying to step over the leadge in the receiving Shower when my leg gives out & not having No handicap rails to grab ahold of I fell into a Crawling position I Scream for Officer (Neil Yung) to help me up.

He CAlls for back up before coming to Assist me off my left leg & Ankle for I was Screaming IN pain. Officer (Yung) & (Luke) & (Younger Tyler) got me picked back up & Led me Set on the wooden ~~Sorch~~ bench IN the bathroom & I was crying & Embaressed.

I Come out the Shower Nurse (Megan) of QCC Looks at foot Says She will let doc No then I was placed Into my Cell.

I fell a Sleep then woke up IN terrible pain, I Aske the younger officer (Tyler) for a bag of ICE, Tyler then Asked the nurse Megan If I Could have a bag of ICE. She told me No, that I did Not have a doctors order for (ICE ? ) "WTF Really"

4-19-22 → Then while I am talking to Luke at 5:00am morning of the 19th Now Nurse (Megan) of QCC is running around making fun of Inmate (Green) who has a gun shot wound. She is bragging About Not helping the Inmate (Luke) & (Tyler Durbin) talk to me & CAlm me down about medical.

Continue pg # 18 →

Tell is Shower of my Leg Gave out

17

Continued pg # 31

4-14-22 - maintnance Came down to plunge Sink that was not Working At 1:00pm. Nurse (Rachel) Came down & got me for doctors Apt. I Done nothing but Argued with the doctor & Nurse about then Saying I refused Apt on 4-12-22 wich (rachel) lied about then She gets upset & I wanted to no about the physical therapy to wich my Insurance paid for doctor (John LEE) used up All my Insurance money on the wrong treatments I advised him IN "September" what needed done. Now I Need the physical therapy I Can not get no help or follow up with (Maccon) Doctors I need.

Talked to Josh & they would take my paper Grievance that (Sargent Luke) gave me because I could not use kios due to Jail housing Inmate (Shawn Bradberry) IN the Lower Consultation room. Hes being housed with No toilet or running water. Also Nurse (Deb Shook) told me Insurance would only pay for 15 mins of therapy due to paying for everything Else. "But Shouldnt the County of paid for it Sense be property of the County? Also gave (Luke) my paper Greivences At 6:30pm

4-20-22 hurt really Bad had trouble getting up IN my cell receiving R-1. Talked to (Sargent Katie) about me being medical & having to lay on the Floor Also about medical not doing their Job.

18

Continue pg #19 →

Continued pg #32

-21-22- Nurse (Deb Stook) retired today. My movements
has been resticktled But I have not hurt
been moving & working out today. never got hr out
or Cleaning Supplies today -

Friday
1-22-22 - officer Kyle told me the gards have got to watch
me in the shower WTF. They Sent New
Inmate Scott Morris over to Jail #2
wich is Handicap Accirable no hr out
or Clesnig Supplies

4-23-22 - Get of Lockdown & chirp back today after
the Jail #2 write up for pushing Inmate (Eric Hinze)
Nurse (HANNA) Says I am Stuck IN R-1
I want to go back to jail #2
Then at 5:00 am Sorgent (Katie), and
officers are bringing out Cups of Urine
from the Attorny room where they been
housing Inmates as well as Indoor
wreck. At 8:25 Nurse (Megan) is
Arguing with a drunk girl IN the Drunk
Tank. Also Corpal (Nate Johnson)
Joins in (How Sad)

4-24-22 - still stuck in R1 no therapy or HR out
they always got ppl housed IN Gym -

19.

Continue pg #20 →



Continued pg #33

4-25-22 - 12:00am talking with Sargent (Luke) about my medical issues. They moved Inmate (Jacob Gibson) into my Cell blocking the Door way we got Into it but resolve the issues. Officer (Michael) brings me my Shower Chair after at 2:30am.

Its been 26 days of trying to get it back from jail #2. But I am Now latched a fall officer (Skylar Johnson) Stands in the Shower room wich I advised him I was uncomfortable with him Standing their & quick response could be outside the door for he was Not assisting me In or out the Shower.

I HAD got really upset today I talked to CAPtain Foy Who told me I Could not GoBack to jail #2 wich was handicap Accisable officer (Josh) let me walk around & talk to mental health (Leah) refused to go In Receiving Cell R-2 the light Never goes out, no cleaning Supplies, I fr out cant Shower when I Need it just

fed up with this toiture

20

Continued pg #21

Continued pg #34

-26-22- 1:30am (No wheelchair) they Started at R-2 to give Showers. I have been Asking to talk to (Sargent LUKE) and told the Nurse I am hurting really bad at 1:40 am I asked officer (Miller) of I

4-27 Could Shower She told me No first Shift Could deal with it. at 1:53 am Nurse (HAWNA) gave me dinner at 3:30 am I Spoke with (Luke) about No (wheelchair) and other medical issues that I CAN't get resolved. I have asked All Morning to Speak with Somebody About the Medical Neglect & hrs to resolve It I Continue to tell Hancock County Jail officer & Staff Nothing done

4-29-22 - at 10:30am I Asked Nurse (Rachel) about my leg pain. She Said She would let the doctor No at 2:35 I let inmate Greg HAynes, use my walker Because the jail does Not have one

Talked to doctor about Mobility Denied

4-30-22 - received mail from the ACLU that was open

21

Continue pg #35 →

# MAY

Continued pg # 35

5-2-22 - Inmates Housed In law library peed on their mats. Officer (Dale) is told to have (Jason) the Trustie to clean the mats & re-use them. Finally got wheel/chair back its been weeks (11:25 am).

I Also talked to Nicole About my incedent at Jail #2 with the Docter She Said she would Speak to (Captain Foy) Then at 1:05 pm I Spoke again with Nichole, She told me that Sense the A C L U was involved to let them handle it. They Also Shut my Hott Water off because It did not work Correctly.

(written vertically in left margin) Docter Stoll Agenda After Docter Snider Filed 11:5 pm.

5-3-22 - (No HR out) I let officer (Maffes) & (Nate Johnson) No about the Water issues (Maffes) gave me a extra blanket to put on the floor because of the water leaking up from the floor.

10:18 am I try to work out again sense I been feeling Bad at 3:00 pm I asked about my therapy From the hospital on the Follow up to me Falling.

5-4-22 - I advised nurse (Rachel) that I am hurting bad In my Insides due to Spasms & Nerves at 8:20 am Nothing Done about issues.

Had to move over to Cell R-2 Because Inmate (Wilson) punched Inmate (Busby) Busby at aroun 4pm they moved Inmate (wilson) into the lower Consutation room, & (Emmouls) housed in the Gym Still Inmate wilson was never wrote up but I Always got wrote up - why?

22

Continue pg →

Continual pg #36

3-5-22 ~ I advised nurse Rachel at morning med pass
about my Spasms, and other issues. She Said nurse
(HANNA) Had given me 2 Tylenol the night
before. And said doctor was working Late & Should
let her No Something He never does ? Why

Friday 5-6-22 ~ woke up feeling kinda bad. No Tylenol at
morning med pass. Nurse (Kara) told me at 2:00 pm
the doctor gave me a order of Tylenol 2 times
a day or as needed. (Walked to visit
today) NO HR-Out

5-7-22 ~ NO changes done Asted for HR-out havent got it
(sat) been working out IN my Cell getting Stronger

5-8-22 ~ It's 4:45pm they pull a Unrospensive Iumate
Named (Frank Bishop) they give him a Sternum
rub & he wakes up. Its All MOST
5:00 pm & I have Not got my
Morning Meds How Does Quility Correctional
CARe provide me the proper treatment.
I am Finally given a HR out & the
Gym is full of cups of pee from
Housing Inmates their with NO
BAthroom ~ WTF ?

23

Contive pg #34 →

Continual pg # 27

5-9-22 - at morning med pass around 8:15 am Nurse Rachel of
QCC gave me a cup full of meds I began
to take them but after swalling several pills
I noticed that they where not my meds,
From the taste of them.
  I asked Nurse (Rachel) whos meds
or what kind of meds did I take. She
got up set & went Back to the
nurses Station, Then returned, and told me
I had taken the right meds, But none of the
other pills in the cup where mine.
  I told Several officer that the nurse
had given me Somebody Else meds and I
did not feel very good.
  I have asked Several Gaurds If I
Could go file a grievance officer (Dale)
(Aaron Davis) then I was told no I could
not go file grievance due to inmate
being housed In the lower Consulation room.
Spoke with Aaron about taking the wrong meds at 11:50 am
  Then at 5:30 - 6:00 pm before Shift Change
officer (DALE) and Nurse (Rachel) Continue to make
fun of the girl in R-5.
  At 8:33 pm Nurse (HANNA) & officer (Michael)
was talking about how funny It was & How
Dale was making fun of her

WTF
SAD

24    Continue pg #25 →

Nursing STAFF & CO'S Behavior

You can run the Audio

Continued pg #38

5-10 -
5-11 - NO HR Outs Ever
5-12 -

5-13-22 - at 2:20pm I Spoke with Nurse (Rachel) about
going Back to pysical Therapy- I missed my Apt
on (3-30-22) and have Not been reschedaled.
Then 9:00 - 9:05pm I Spok with nurse
(MeganN) about missing the Therapy. She told
me to Speak with the dedor, I have had No
Follow ups to falling Still from the Hospitals
recomendatians or Seen (Dr. John) LEE of QCC,
once I brought my Apt to Nurse (Megans) Att
She got pissed & was talking aloud how She
was going to loose her Shit & So on.
                    Why?

SA
5-14-22 - at 2:35 pm I Spoke with Nurse (Rachel) again about
my Spasms, and Josides hurting I told her about it
and Nothing Done.

5-16-22 - at 8:20 am Nurse (morgn) game down for medi
pass she gave me the wrong DOSE of meds
So they are not Checking Charle when
giving meds. Also She was talking
very IN-aproprck and Sexcel with
Elderly Inmate (Gary Haynes) IN K-1
I Should not have to tell her how to do her
Jobs or what meds I take

25          Continue pg #3

<u>Relief Sought</u> - Plaintiff is seeking $200,000 In Damages from Brad Burkhart, $200,000 In Damages from Bridget Foy, $250,000 In Damages from Dr. John Lee, and 150,000 In Damages each from Zack Lafavor, Jake Sweets, Kyle Frank, and Aaron Davis

<u>Exhaustion of Administrative Remedies</u>
   Plaintiff has exhausted all Administrative Remedies In accordance with The Prison Litigation Reform Act, Title 42 USC §1997e(a)

<u>Previous lawsuits</u>
   Plaintiff has not Brought any case to The federal courts or In The state court, with the same facts or allegations.

<u>Certification and closing</u>
   Under the federal Rules of Civil Procedures 11, By signing Below I certify to the Best of my knowledge, Information And Belief that this complaint Is True and correct.

10/18/22
Date

Steven Drury
Steven Drury
IDOC
Putnamville Corr. Facility
1946 US. Highway 40
Greencastle, IN 46135

26