UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| STEVEN L. DRURY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:23-cv-00194-JPH-MG |
| | ) |
| JOHN LEE, | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice.

Date: 6/18/2024

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Carina Weed_
Deputy Clerk, U.S. District Court

Distribution:

STEVEN L. DRURY
398 Malcom Grass Way
Greenfield, IN 46140

Brian M. Pierce
Brian M. Pierce, Attorney at Law
brian@brianpiercelaw.com