UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| STEVEN L. DRURY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:23-cv-00194-JPH-MG |
| | ) | |
| JOHN LEE, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER DENYING MOTION TO REOPEN CASE**

Plaintiff Steven Drury moved to dismiss this case on June 3, 2024. Dkt. 26. The Court granted the motion and dismissed the case without prejudice. Dkt. 28, 29. Mr. Drury has since moved to reopen the case.

In these circumstances, the Court may provide relief from a final judgment under Federal Rule of Civil Procedure 60(b). A Rule 60(b) motion must be made in a reasonable time and can be made for specific reasons, including:

> (1) mistake, inadvertence, surprise, or excusable neglect;
>
> (2) newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial under Rule 59(b);
>
> (3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;
>
> (4) the judgment is void;
>
> (5) the judgment has been satisfied, released, or discharged; it is based on an earlier judgment that has been reversed or vacated; or applying it prospectively is no longer equitable; or
>
> (6) any other reason that justifies relief.

But Mr. Drury does not purport to file a Rule 60(b) motion, and he does not articulate any basis for relief under Rule 60(b). He therefore has not provided a basis for reopening the case under Rule 60(b). *See Nelson*, 657 F.3d 586, 590–91 (7th Cir. 2011) (no abuse of discretion where district court declined to reopen case that plaintiffs had voluntarily dismissed for tactical reasons). Accordingly, the motion to reopen, dkt. [32], is **DENIED**. The motion to proceed *in forma pauperis*, dkt. [34], is **DENIED** as moot.

**SO ORDERED.**

Date: 9/30/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

STEVEN L. DRURY
HANCOCK COUNTY JAIL
398 Malcom Grass Way
Greenfield, IN 46140

Brian M. Pierce
Brian M. Pierce, Attorney at Law
brian@brianpiercelaw.com